**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE**

**CIVIL ACTION NO. 19-39-DLB-CJS**

**MICHAEL DEWAYNE PADGETT**                          **PETITIONER**

**v.**          **ORDER ADOPTING REPORT AND RECOMMENDATION**

**DEEDRA HART**                                                 **RESPONDENT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Candace J. Smith (Doc. # 14), wherein she recommends that Petitioner Michael Dewayne Padgett's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. # 1) be dismissed with no certificate of appealability to issue and that Respondent DeEdra Hart's Motion to Dismiss (Doc. # 13) be denied as moot. Petitioner having failed to file any Objections to Judge Smith's R&R, and the time to do so having now expired, the R&R is ripe for review.

The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

(1) Magistrate Judge Smith's Report and Recommendation (Doc. # 14) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) Petitioner Michael Dewayne Padgett's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. # 1) is hereby **denied**;

1

(3) For the reasons set forth in Magistrate Judge Smith's Report and Recommendation (Doc. # 14), **no certificate of appealability shall issue**;

(4) Respondent DeEdra Hart's Motion to Dismiss (Doc. # 13) is **denied as moot**;

(5) This matter is **dismissed** and **stricken** from the Court's active docket; and

(6) A Judgment shall be entered contemporaneously herewith.

This 28th day of April, 2020.

Signed By:
*David L. Bunning*   *DB*
United States District Judge

J:\DATA\ORDERS\PikeCivil\2019\19-39 Order adopting R&R on 2254 Petition.docx